UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.: 9:20-cv-81155-RKA

HOWARD COHAN,

    Plaintiff,

vs.

LINTON FOODS LLC
a Florida Limited Liability Company
d/b/a MCDONALD'S 11666

    Defendant(s).
_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, LINTON FOODS LLC, a Florida Limited Liability Company, d/b/a MCDONALD'S 11666, (the Parties) by and through their undersigned counsel, hereby notifies the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

RESPECTFULLY SUBMITTED October 1, 2020.

| By: /s/ Gregory S. Sconzo | By: /s/ Carmen Rodriguez |
|---|---|
| Gregory S. Sconzo, Esq. | Carmen Rodriguez, Esq |
| Florida Bar No.: 0105553 | Florida Bar No. 710385 |
| Sconzo Law Office, P.A. | Law Offices of Carmen Rodriguez, P.A. |
| 3825 PGA Boulevard, Suite 207 | Palmetto Bay Centre |
| Palm Beach Gardens, FL 33410 | 15715 South Dixie Highway, Suite 411 |
| Telephone: (561) 729-0940 | Palmetto Bay, Florida 333157 |
| Facsimile: (561) 491-9459 | Telephone: (305) 254-6101 |
| Service Email: sconzolaw@gmail.com | Facsimile: (305) 254-6048 |
| Email: greg@sconzolawoffice.com | Email Address: crpa@crlaborlawfirm.com |
| Attorney for Plaintiff | Attorneys for Defendant |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 1, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

                                                **/s/ Gregory S. Sconzo**
                                                **Gregory S. Sconzo, Esq.**