UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81155-CIV-ALTMAN

**HOWARD COHAN**,

    *Plaintiff*,

v.

**LINTON FOODS, LLC**,

    *Defendant*.

_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 14]. Being fully advised, the Court hereby

**ORDERS** that this action is **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 2nd day of November 2020.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record